UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )        Case No. 15bk 10334
    John Tylka,                           )
                                          )        Chapter 11
        Debtor.                           )
                                          )        Honorable Timothy A. Barnes

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO JOEL A SCHECHTER, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE
AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 46,350.00 | TOTAL COSTS REQUESTED: | $ 3,410.63 |
| TOTAL FEES REDUCED: | $ 1,251.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 45,099.00 | TOTAL COSTS ALLOWED: | $ 3,410.63 |

TOTAL FEES AND COSTS ALLOWED: $48,509.63

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    Unauthorized Work – TOTAL of disallowed amounts: $ 900.00

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr. N.D. Ill. 1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

(2)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 351.00

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: September 11, 2019

Timothy A. Barnes
United States Bankruptcy Judge

# EXHIBIT A

# JOHN TYLKA
## CASE NO. 15-10334
### TIME SHEET OF SERVICES RENDERED

| Date of Services | Services Rendered | Time | |
|---|---|---|---|
| | A. Case Administration | | |
| 1/29/15 | meeting with client to discuss financial affairs | 1.00 | ①  |
| 2/27/15 | email to client with information necessary to file case | .10 | ① |
| 3/2/15 | meeting with client to further discuss financial affairs and filing of Chapter 11 petition | .70 | ① |
| | preparation of retention agreement | .20 | ① |
| 3/23/15 | preparation and filing of petition, list of creditors & related documents and filed petition | 1.50 | |
| 3/23/15 | email to counsel for BMO Harris with notice of filing | .10 | |
| 3/27/15 | review of appearance of counsel for U.S. Bank, N.A. | .10 | |
| 3/31/15 | review of appearance of counsel for BMO Harris | .10 | |
| 4/6/15 | review of emails from client with information to prepare schedules | .30 | |
| 4/6/15 | emails to and from client re: insurance certificates for trustee | .20 | |
| 4/6/15 | preparation and filing of notice and motion to extend time to file schedules and related documents | .70 | |
| 4/7/15 | meeting with client to prepare for initial debtor interview ("IDI") | .60 | |
| 4/7/15 | attendance at IDI with Trustee's office | 1.00 | |
| 4/7/15 | preparation of draft of schedules and related documents | 1.50 | |
| 4/8/15 | email draft schedules to client for review | .10 | |

| Date | Description | Hours |
|---|---|---|
| 4/14/15 | court appearance re: motion to extend time to file schedules | .40 |
| 4/14/15 | review of court's order and notice of status hearing | .10 |
| 4/15/15 | finalize schedules and statement of affairs and filed same | .90 |
| 4/16/15 | review of appearance of counsel for Citimortgage | .10 |
| 4/22/15 | meeting with client to prepare for meeting of creditors | .50 |
| 4/22/15 | attendance at meeting of creditors with Trustee's office | 2.00 |
| 4/23/15 | email to client re: rescheduling continued meeting of creditors | .10 |
| 5/7/15 | review of appearance of counsel for American Heartland Bank | .10 |
| 5/11/15 | review of appearance of counsel for Bank of America | .10 |
| 5/13/15 | court appearance re: status of case | .40 |
| 5/13/15 | review of appearance of counsel for Ramos & Niemira | .10 |
| 5/13/15 | court appearance re: status hearing | .40 |
| 5/19-20/15 | emails to and from client re: continued meeting of creditors | .20 |
| 5/20/15 | letter to Trustee's attorney with copies of federal tax returns for years 2010-2013 | .30 |
| 5/21/15 | meeting with client to prepare for meeting of creditors | .80 |
| 5/21/15 | review of Bank of America's notice of security interest in rents and review of documents | .20 |
| 6/2/15 | review of emails from client with leases at 1050-52 N. Milwaukee and 818 N. State and review of leases | .40 |
| 6/10/15 | email to client re: meeting in preparation for meeting of creditors | .10 |
| 6/16/15 | ourt appearance re: continued status hearing | .40 |
| 6/16/15 | email from client asking to reschedule meeting with trustee's office | .10 |
| 6/16/15 | emails to and from office of U.S. Trustee rescheduling meeting of creditors | .20 |

| Date | Description | Hours |
|---|---|---|
| 6/16/15 | detailed email to client re: continued meeting date and need to produce documents and to file schedules G, I, J, Statement of Affairs and periodic report of value and operations of business entities | .30 |
| 6/16/15 | preparation and filing of application to retain counsel | 1.00 |
| 6/16/15 | preparation and filing of motion to set bar date for filing claims | .40 |
| 6/23/15 | court appearance re: application to retain counsel and motion to set bar date for filing claims and status hearing | .80 |
| 6/24/15 | preparation and filing of amended schedules B,C,D,I,J and statement of affairs | .70 |
| 6/24/15 | attendance at continued meeting of creditors | .80 |
| 6/25/15 | preparation and filing of certificate of service of order fixing date for filing claims | .20 |
| 7/21/15 | review of appearance of counsel for Byline Bank | .10 |
| 8/10/15 | review of Debtor's draft periodic reports of value and operations of business entities and email to client with changes | .50 |
| 9/25/15 | meeting with client re: progress of case and proposed resolution | 1.00 |
| 11/3-4/15 | emails from and to Ed Niemira and client re: existing loan documents securing claims against real estate, review of loan documents and discussions regarding loan modifications | .60 |
| 11/6/15 | meeting with client to discuss real estate properties | .90 |
| 11/11/15 | review of U.S. Trustee's motion to dismiss or convert | .60 |
| 11/14/15 | email to client re: unpaid trustee's fees | .10 |
| 11/19/15 | review of motion to withdraw filed by counsel for Byline | .10 |
| 12/15/15 | detailed email to client re: outcome of court hearing and deadlines set by judge | .30 |
| 12/23/15 | review of Court's order extending time to file amended plan and amended disclosure statement and amended schedules E and G | .10 |
| 12/24/15 | email to client re: new loan documents for Niemira | .10 |

(2)

| Date | Description | Hours |
|---|---|---|
| 12/29/15 | preparation of amended schedule G and declaration and email to client for review and signature | .20 |
| 12/30/15 | preparation of periodic report regarding value, operations and profitability of business entities and email to client for review | .60 |
| 12/31/15 | filing of amended schedule G and declaration | .10 |
| 12/31/15 | filing of periodic report | .10 |
| 12/31/15 | email to client with draft Form 26 for review and signature | .10 |
| 1/21/16 | review of loan modifications prepared by Ed Niemira | .50 |
| 1/22/16 | preparation and filing of motion to authorize Debtor to execute loan modifications | .80 |
| 1/26/16 | court appearance re: Debtor's motion to authorize execution of loan modifications, status of case and status of U.S. Trustee's motion to dismiss or convert | .50 |
| 2/8/16 | email to client re: BMO Harris possible lien on real estate | .20 |
| 2/10/16 | court appearance re: Debtor's motion to authorize execution of loan modifications, status of case and status of U.S. Trustee's motion to dismiss or convert | .40 |
| 3/15/16 | court appearance re: Debtor's motion to authorize execution of loan modifications, status of case and status of U.S. Trustee's motion to dismiss or convert | .40 |
| 3/22/16 | court appearance re: Debtor's motion to authorize execution of loan modifications, status of case and status of U.S. Trustee's motion to dismiss or convert | .50 |
| 3/22/16 | review of email from counsel for Select Commercial with assignments of mortgage from FDIC to North CRE to Select and review of documents | .30 |
| 4/5/16 | emails from counsel for U.S. Trustee and to client re: lapse in insurance coverages on property of the estate | .20 |
| 4/6/16 | emails from insurance broker and to U.S. Trustee with updated certificates of insurance | .20 |

| Date | Description | Hours |
|---|---|---|
| 10/31/16 | review of notice of transfer of claim by Citimortgage | .10 |
| 11/9/16 | review of email from U.S. Trustee's office re: unpaid quarterly fees and email to client | .10 |
| 2/1/17 | review of motion of BMO Harris for relief from stay | .40 |
| 2/7/17 | emails to and from counsel for BMO Harris re: motion to lift stay | .20 |
| 2/8/17 | court appearance re: BMO Harris motion for relief from stay | .30 |
| 2/21/17 | review of email from U.S. Trustee's office re: unpaid quarterly fees and email to client | .10 |
| 5/23/17 | post-confirmation status hearing | .40 |
| 5/25/17 | detailed email to client re: post-confirmation status hearing and payments due creditors under plan and need to continue paying quarterly U.S. Trustee fees until case closed | .20 |
| 6/26-27/17 | emails to and from counsel for BMO Harris re: plan payments and address for future payments | .10 |
| 6/27/17 | post-confirmation status hearing | .40 |
| 6/27/17 | review and filing of quarterly report on status of plan payments and quarterly fee statement 1st quarter 2017 | .10 |
| 8/22/17 | post-confirmation status hearing | .40 |
| 8/31/17 | emails to and from counsel for BMO Harris re: plan payments and address for future payments | .10 |
| 9/26/17 | post-confirmation status hearing | .50 |
| 11/1/17 | post-confirmation status hearing | .40 |
| 12/19/17 | post-confirmation status hearing | .50 |
| 12/19/17 | review and filing of quarterly report on status of plan payments and quarterly fee statement 2nd quarter 2017 | .10 |
| 1/3/18 | review and filing of quarterly report on status of plan payments and quarterly fee statement 3rd quarter 2017 | .10 |

| Date | Description | Hours |
|---|---|---|
| 2/27/18 | post-confirmation status hearing | .40 |
| 3/28//18 | post-confirmation status hearing | .50 |
| 4/25/18 | post-confirmation status hearing | .40 |
| 6/21/18 | meeting with interested buyer of Armitage lots | .50 |
| 6/26/18 | post-confirmation status hearing | .50 |
| 6/28/18 | emails to and from interested buyer of Armitage lots | .20 |
| 7/16/18 | receipt of offer from interested buyer of Armitage lots and forward to client | .20 |
| 9/24/18 | review and filing of quarterly reports on status of plan payments and quarterly fee statements 4th quarter 2017, 1st quarter 2018, and 2nd quarter 2018 | .20 |
| 12/4/18 | post-confirmation status hearing | .40 |
| 1/23/19 | post-confirmation status hearing | .50 |
| 3/13/19 | post-confirmation status hearing | n/c |
| 4/17/19 | post-confirmation status hearing | n/c |
| 5/15/19 | post-confirmation status hearing | n/c |
| 6/19/19 | review and filing of quarterly reports on status of plan payments and quarterly fee statements 3rd & 4th quarters 2018, 1st quarter 2019 | .20 |
| 6/11/19 | post-confirmation status hearing | n/c |
| 7/17/19 | post-confirmation status hearing | n/c |
| 8/20/19 | preparation and filing of application for compensation and reimbursement of expenses | 1.20 |
| 8/21/19 | post-confirmation status hearing | n/c |
|  | Preparation of motion for final decree (est.) | 1.00 |
| 9/10/19 | Court appearance re: motion for final decree & application | |

|  |  |  |
|---|---|---|
|  | for compensation and reimbursement of expenses (est.) | .50 |
| Total Hours |  | 41.00 |

## B. Summary of Cash Receipts and Disbursements

| Date | Description | Hours |
|---|---|---|
| 8/11/15 | Review and filing of monthly operating reports for periods ending March 31, 2015, April 30, 2015, May 31, 2015, June 30, 2015, July 31, 2015, & August 31, 2015 | .80 |
| 11/12/15 | email to client re: list of rents and need to amend monthly reports | .10 |
| 11/13/15 | review and filing of amended summary of monthly cash receipts and disbursements for March, April, May, June, July, & August, 2015 | .40 |
| 11/13/15 | review and filing of monthly operating report for period ending September 30, 2015 | .20 |
| 12/15/15 | review and filing of monthly operating report for period ending October 31, 2015 | .20 |
| 12/31/15 | review and filing of monthly operating report for period ending November 30, 2015 | .20 |
| 2/1/16 | review and filing of monthly operating report for period ending December 31, 2015 | .20 |
| 3/14/16 | review and filing of monthly operating report for period ending January 31, 2016 | .20 |
| 6/16/16 | review and filing of monthly operating reports for period ending February 29, 2016, March 31, 2016 and April 30, 2016 | .40 |
| 8/30/16 | review and filing of monthly operating reports for period ending May 31, 2016, June 30, 2016 and July 31, 2016 | .40 |
| 9/26/16 | email from U.S. Trustee's office and email to client re: August and September monthly operating reports | .20 |
| 11/14/16 | review of email from client with monthly reports and proof of payment of quarterly fees | .10 |
| 11/14/16 | review and filing of monthly operating reports for period ending August 30, 2016, and September 30, 2016 | .30 |
| 1/9/17 | review and filing of monthly operating reports for period ending |  |

|  |  |  |
|---|---|---|
|  | October 31, 2016, and November 30, 2016 | .30 |
| 2/22/17 | review and filing of monthly operating reports for period ending December 31, 2016, and January 31, 2017 | .30 |
| Total Hours |  | 4.30 |

### C. Plan and Disclosure Statement

| 6/23/15 | review of Court's order setting time for filing plan and disclosure statement | .10 |
|---|---|---|
| 9/30/15 | preparation and filing of motion to extend time to file plan and disclosure statement | .80 |
| 10/14/15 | court appearance re: motion to extend time to file plan and disclosure statement and status of case and status hearing | .50 |
| 10/28/15 | preparation and filing of second motion to extend time to file plan and disclosure statement | .70 |
| 11/10/15 | court appearance re: case status and second motion for extension to file plan and disclosure statement | .60 |
| 11/11/15 | preparation of draft Chapter 11 plan | 2.50 |
| 11/11/15 | preparation of draft of disclosure statement | 2.50 |
| 11/11/15 | email plan and disclosure statement to client for review | .10 |
| 11/13/15 | preparation of revisions to plan and filing of Chapter 11 plan | .80 |
| 11/13/15 | preparation of revisions to disclosure statement and filing of disclosure statement | .80 |
| 11/18/15 | review of email from counsel for U.S. Trustee re: court's deadline to file amended plan and disclosure statement and suggestions for making changes to plan and disclosure statement | .40 |
| 11/18/15 | court appearance re: status of case and filing of plan and disclosure statement | .50 |
| 12/15/15 | court appearance re: status of case and filing of plan and disclosure statement | .60 |
| 12/30-31/15 | preparation and filing of First Amended Plan of Reorganization | 1.20 |

(2)

| Date | Description | Hours |
|---|---|---|
| 12/30-31/15 | preparation and filing of First Amended Disclosure Statement | 1.20 ② |
| 1/4/16 | preparation and filing of Exhibits A, B, C to disclosure statement | 1.00 |
| 1/6/16 | court appearance re: status of case, status of plan and disclosure statement and status of U.S. Trustee's motion to dismiss or convert | .60 |
| 1/19/16 | review of projections for attachment to disclosure statement and made comments to client | .50 |
| 1/20/16 | review of amended projections and filed Exhibit D to disclosure statement | .20 |
| 1/25/16 | preparation and filing of Second Amended Plan of Reorganization | .70 |
| 1/25/16 | preparation and filing of Second Amended Disclosure Statement | .70 |
| 1/26/16 | court appearance re: status of case, status of plan and disclosure statement and status of U.S. Trustee's motion to dismiss or convert | .60 |
| 2/10/16 | review of Court's order setting time for filing amended plan and disclosure statement | .10 |
| 3/8/16 | preparation and filing of Third Amended Plan of Reorganization | .70 |
| 3/8/16 | preparation and filing of Third Amended Disclosure Statement | .70 |
| 3/18-21/16 | emails to and from counsel for BMO Harris re: suggested language for modification of Third Amended Plan to satisfy lien position | .40 |
| 3/24/16 | preparation of draft order modifying plan and disclosure statement and submission to all parties for review | .30 |
| 3/25/16 | preparation of order and notice of combined hearing on adequacy of Third Amended Disclosure Statement, confirmation of Third Amended Plan, fixing time for acceptances or rejections of plan and fixing time for filing objections | .40 |
| 4/21/16 | preparation and filing of certificate of service of order and notice of combined hearing on adequacy of disclosure statement and confirmation of plan | .20 |
| 5/3/16 | review of objection of Titan to confirmation | .30 |
| 5/9/16 | review of all filed ballots | .50 |

| Date | Description | Hours |
|---|---|---|
| 5/10/16 | preparation and filing of ballot report | .30 |
| 5/17/16 | court appearance re: combined hearing on adequacy of disclosure statement and confirmation of plan | .60 |
| 6/21/16 | court appearance re: combined hearing on adequacy of disclosure statement and confirmation of plan, status, objection to Titan's claim and adversary against Titan | .50 |
| 8/31/16 | court appearance re: combined hearing on adequacy of disclosure statement and confirmation of plan, status and adversary against Titan | .60 |
| 10/5/16 | court appearance re: combined hearing on adequacy of disclosure statement and confirmation of plan, status and adversary against Titan | .50 |
| 11/16/16 | court appearance re: combined hearing on adequacy of disclosure statement and confirmation of plan, status and objection to claim of Titan | .60 |
| 1/10//17 | court appearance re: combined hearing on adequacy of disclosure statement and confirmation of plan, status, objection to claim of Titan, and U.S. Trustee's motion to convert | .50 |
| 1/18/17 | court appearance re: combined hearing on adequacy of disclosure statement and confirmation of plan, status, objection to claim of Titan, and U.S. Trustee's motion to convert | 1.00 |
| 1/18/17 | tel conf with client re: continued hearing on confirmation | .10 |
| 2/7/17 | preparation and filing of motion to confirm plan | 1.00 |
| 2/7/17 | preparation and filing of amended report on balloting | .40 |
| 2/21/17 | preparation of outline for offer of proof for confirmation of plan and payments to creditors | .50 |
| 2/21/17 | preparation of proposed order finding disclosure statement to be adequate and confirming plan of reorganization | .40 |
| 2/21/17 | email to client to appear in my office prior to confirmation hearing | .10 |
| 2/22/17 | meeting with client to prepare for confirmation hearing | .60 |
| 2/22/17 | court appearance re: hearing on adequacy of disclosure statement | |

|  |  |  |
|---|---|---|
|  | and confirmation of plan | .60 |
| 3/7/17 | preparation of payment schedule for client of payments required under confirmed plan and email to client | .20 |
| 4/15/17 | emails to and from client re: treatment of BMO Harris in confirmed plan | .20 |
| Total Hours |  | 29.90 |

### D. Claim of Titan Commercial, LLC

|  |  |  |
|---|---|---|
| 7/28/15 | letter to counsel for Titan Commercial, LLC ("Titan") advising that filing complaint to foreclose judgment lien violated the stay | .30 |
| 12/9/15 | review of motion of Titan for leave to file late claim | .50 |
| 12/15/15 | court appearance re: Titan's motion for leave to file late claim, status hearing of case, and status of U.S. Trustee's motion to dismiss or convert | .50 |
| 5/13/16 | preparation and filing of adversary proceeding to avoid preferential transfer | 1.00 |
| 5/13/16 | preparation and filing of objection to Titan's claim | 80 |
| 6/7/16 | review of Titan's motion to strike objection to claim and answer to adversary proceeding | .70 |
| 6/14/16 | preparation and filing of response to Titan's motion to strike | 1.00 |
| 6/21/16 | court appearance re: objection to claim and status of adversary | n/c |
| 7/10-12/16 | preparation and filing of motion for summary judgment, statement of material facts and memorandum of law in support | 3.00 ②|
| 7/19/16 | preparation and filing of notice of hearing on motion for summary judgment | .20 |
| 8/10/16 | review of response filed by Titan and its memorandum of law | .60 |
| 8/15-16/16 | preparation and filing of reply to Titan's response to motion for summary judgment | 1.00 ② |
| 8/31/16 | court appearance re: objection to claim and status of adversary | n/c |
| 10/4/16 | review of Titan's motion for leave to amend claim | .30 |

| Date | Description | Hours |
|---|---|---|
| 10/13/16 | preparation and filing of objection to Titan's claim | 1.00 |
| 11/16/16 | court appearance re: objection to claim | n/c |
| 12/2/16 | review of Titan's response to objection to claim | .50 |
| 12/9/16 | preparation of motion for extension of time to file reply to Titan's response to objection to claim | .60 |
| 12/14/16 | court appearance re: motion to extend time to file reply | .20 |
| 12/15-16/16 | preparation and filing of reply to Titan's response to objection to claim | .80 ② |
| 1/16/17 | email to counsel for Titan re: ballot rejecting plan | .10 |
| 1/16/17 | tel conf with counsel for Titan making offer to resolve claim | .30 |
| 1/16/17 | tel conf with client re: offer to Titan to resolve claim | .20 |
| 2/21/17 | emails to and from counsel for Titan re: payment made by co-obligor on debt and Titan amending its ballot to accept plan | .40 |
| Total Hours | | 14.00 |

### E. Sale of Grand Avenue Property

| Date | Description | Hours |
|---|---|---|
| 3/25/16 | review of email and offer to purchase Grand Ave property from attorney for Bosak | .40 |
| 10/6/16 | review of and made changes to proposed listing agreement with Newmark Grubb Knight Frank | .30 |
| 10/6/16 | emails to and from counsel for Select Commercial and potential real estate broker regarding changes to listing agreement | .20 |
| 10/7/16 | preparation of affidavit for Newmark's agent to sign and emails to and from proposed sales agent | .40 |
| 10/11/16 | emails to and from counsel for Select Commercial and Newmark regarding need for affidavit to be signed | .20 |
| 11/19/16 | preparation of revised affidavit of retention of sales agent and email to counsel for Select Commercial | .30 |
| 1/17/17 | review email from counsel for Select Commercial re: outstanding |  |

|  |  |  |
|---|---|---|
|  | real estate taxes on property | .10 |
| 1/26/17 | review of email from counsel for Select Commercial re: transfer of Select Commercial's file to new attorney | .10 |
| 6/9/17 | review of email from counsel for Select Commercial and review of title commitment | .40 |
| 9/25/17 | emails to and from counsel for Select Commercial re: status of any offers to sell the property, amend plan to surrender or hold auction and opinions as to value | .30 |
| 10/23/17 | email to counsel for Select Commercial re: treatment of property | .20 |
| 11/1/17 | review of email from counsel for Select Commercial re: minimum amount to accept for short sale | .10 |
| 4/18/18 | email from counsel for Select Commercial with minutes of foreclosure of property to ascertain state of title | .30 |
| 8/22/18 | emails to and from counsel for Select Commercial re: closing of sale | .20 |
| 10/4/18 | review of sales contract and suggested changes to counsel for Select Commercial | .60 |
| 10/18/18 | review of closing documents and settlement statement | .20 |
| 10/18/18 | emails to and from counsel for Select Commercial re: complete release of liability from client to Select upon closing of sale | .20 |
| 10/24/18 | meeting with client to discuss and sign contract | .50 |
| 10/26/18 | email to counsel for Select Commercial with signature page | .10 |
| 10/27/18 | email to counsel for Select Commercial re: motion for approval of contract filed in co-owner's Chapter 11 case | .10 |
| 11/9/18 | emails to and from counsel for Select Commercial confirming order approving sale was entered in co-owner's Chapter 11 case | .20 |
| 11/13/18 | email to client with drafts of closing documents for sale | .10 |
| 11/14/18 | email to client coordinating signing of closing documents | .10 |
| 11/14/18 | email to counsel for Select Commercial confirming that release of |  |

|  |  |  |
|---|---|---|
|  | further claims upon sale of property will also run to corporation | .20 |
| 11/15/18 | reviewed power of attorney drafted by counsel for Select Commercial for client to sign | .20 |
| 11/15/18 | email to client advising to sign deed and power of attorney | .10 |
| 11/15/18 | telephone conference with counsel for Select Commercial re: receipt of cancelled note and release or satisfaction of judgment on behalf of client and corporation upon sale of property and sent confirming email | .30 |
| 11/20/18 | email from client advising that daughter has all closing documents in her possession to deliver to counsel for Select Commercial | .10 |
| 11/20/18 | email to counsel for Select Commercial advising that client's daughter has all signed closing documents and will deliver to him | .10 |
| 12/21/18 | review of document cancelling note received by counsel for Select Commercial and made changes thereto and communicated with counsel | .20 |
| 12/26/18 | coordinated with client and counsel for Select Commercial in obtaining all executed closing documents | .20 |
| 12/26/18 | review of email from counsel for Select Commercial after closing of sale of property and review of post-closing documents | .20 |
| Total Hours |  | 7.20 |

### F. Building Code Violation Case

|  |  |  |
|---|---|---|
| 3/8/18 | review of complaint filed by City of Chicago for building code violations and discussions with client (Armitage lot) | .60 |
| 3/9/18 | court appearance re: building code violations | 1.00 |
| 3/13/18 | preparation and filing of appearance | .20 |
| 5/11/18 | court appearance re: building code violations | .70 |
| 8/9-10/18 | emails to and from client re: code violations case on Armitage lots | .20 |
| 8/10/18 | court appearance re: building code violations | .50 |
| 8/10/18 | detailed email to client with order entered in state court building code violation case asking for removal of trailer and installing fence | .30 |
| 8/21/18 | review of email from assistant corporation counsel and photos taken by |  |

|  |  |  |
|---|---|---|
|  | inspector of Armitage lots | .20 |
| 8/21/18 | email to client of photos taken by inspector and no need for permit for fence if less than 5' | .20 |
| 10/1/18 | email to client and attorney for co-owner re: status of fence placement | .10 |
| 10/4/18 | telephone conference with assistant corporation counsel re: continued presence of debris on vacant lots and email to client | .20 |
| 10/4/18 | email to client and co-owner's attorney regarding conversation with assistant corporation counsel | .20 |
| 10/5/18 | court appearance re: building code violations | .50 |
| 11/9/18 | court appearance re: building code violations | .60 |
| 12/11/18 | emails from and to assistant corporation counsel re: status of removal of container from vacant lot | .20 |
| 12/12/18 | telephone conference with client re: status of removal of container | .20 |
| 12/12/18 | email to assistant corporation counsel re: removal of container | .10 |
| 12/14/18 | court appearance re: disposition of case | .60 |
| Total Hours |  | 6.60 |

**TOTAL HOURS** 103.00
**103 @ $450.00**     **TOTAL DUE**     **$46,350.00**